# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DENICIA V. ROBERTS                                                                              PLAINTIFF

v.                                            NO. 2:13CV00091 JLH

ARKANSAS MILITARY DEPARTMENT;
and WILLIAM JOHNSON, Retired General,
in his official capacity as Director of the
Arkansas Military Department                                                                  DEFENDANTS

## ORDER

Without objection, plaintiff's motion to dismiss is GRANTED. Document #83. The complaint of Denicia V. Roberts against the Arkansas Military Department and William Johnson is hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of February, 2016.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE